AP-77,047
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/19/2015 3:11:10 PM
Accepted 6/19/2015 3:24:57 PM
ABEL ACOSTA
CLERK

**JOHN TATUM**
ATTORNEY AT LAW

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

June 19, 2015

FILED IN
COURT OF CRIMINAL APPEALS

June 22, 2015

ABEL ACOSTA, CLERK

Court of Criminal Appeals
c/o Abel Acosta
Chief Deputy Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Re:     Oral argument in Cause No. AP-77,047
        Kenneth Thomas v. The State of Texas

Dear Mr. Acosta:

Pursuant to Rule 71.3 Texas Rules of Appellate Procedure, I am advising this Honorable Court that I, on behalf of Appellant in the above referenced cause, am requesting oral argument on issues Nos. 31- 34, 47-48 and 50. These issues concern voir dire on intellectual disability, whether *Briseno* factors are constitutional, sufficiency of evidence of intellectual disability and whether the jury was properly charged on intellectual disability.

I believe oral argument would help present these issues in full context and help present a comparative analysis of the issues raised. Therefore, I respectfully request oral argument on these issues.

Sincerely,


    /s/    John Tatum
John Tatum

JT:mt